UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OSCAR JESUS SALAIS, | Case No. CV 16-3396 GW(JC) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| C. PFEIFFER, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the July 24, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed with prejudice and that Judgment be entered accordingly.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

DATED: June 23, 2020

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE