# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JESUS SALAIS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>C. PFEIFFER,<br><br>　　　　　　Respondent. | Case No. CV 16-3396 GW(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 23, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE